United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Animaccord Ltd., Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 20-25002-Civ-Scola |
| The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule "A," Defendants. | ) ) ) ) ) |

### Order Adopting Report and Recommendations and Entering Final Default Judgment

The Court referred Plaintiff Animaccord Ltd.'s renewed motion for the entry of a final default judgment **(Mot., ECF No. 60)** to United States Magistrate Judge Jonathan Goodman for a report and recommendation. Judge Goodman issued a report recommending that the Court grant the Plaintiff's motion. **(R. & R., ECF No. 84.)** No objections to the report have been filed by either party and the time to do so has passed.

Nonetheless, the Court has considered—de novo—Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report cogent and compelling. The Court thus **adopts** the report in full **(R. &. R., ECF No. 84)** and grants the Plaintiff's renewed motion for entry of final default judgment. **(Mot., ECF No. 60.)**

Accordingly, the Court **enters judgment** in favor of Plaintiff Animaccord Ltd. and against the Defendants identified in Schedule A attached to this order as follows:

A. The Defendant are permanently restrained and enjoined from: **(1)** manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing Plaintiff's Masha and the Bear Marks or Copyrighted Works; **(2)** using the Masha and the Bear Marks or Copyrighted Works in connection with the sale of any unauthorized goods; **(3)** using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff; **(4)** falsely representing themselves as being connected with Plaintiff; **(5)** engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants are, in any way, endorsed by, approved by, and or

associated with Plaintiff; **(6)** using any reproduction, counterfeit, copy, or colorable imitation of the Masha and the Bear Marks or Copyrighted Works in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants; **(7)** affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendants as being those of Plaintiff or in any way endorsed by Plaintiff; **(8)** otherwise unfairly competing with Plaintiff; **(9)** using the Masha and the Bear Marks, Copyrighted Works, or any confusingly similar trademarks, within domain name extensions or on e-commerce marketplaces, social media, or image hosting websites, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to internet-based e-commerce stores, websites, businesses registered by, owned, or operated by Defendants, including the internet-based e-commerce stores, photo albums, and commercial internet websites operating under all of the Seller IDs; and **(10)** effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions previously set forth.

B. The Plaintiff is entitled to the following equitable relief: **(1)** To give practical effect to the Permanent Injunction, order the Subject Domain Names identified on Schedule "A" be IMMEDIATELY TRANSFERRED by Defendants, their assignees and/or successors in interest or title, and the Registrar to Plaintiff's control. To the extent the current Registrar does not facilitate the transfer of the Subject Domain Name to Plaintiff's control within five days of receipt of this Judgment, upon Plaintiff's request, the top-level domain (TLD) Registry for the Subject Domain Name, or its administrators, including backend registry operators or administrators, shall, within thirty days, (i) change the Registrar of Record for the Subject Domain Name to a Registrar of Plaintiff's choosing, and that the Registrar shall transfer the Subject Domain Name to Plaintiff, or (ii) place the Subject Domain Name on Registry Hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the Registry which link the Subject Domain Name to the IP addresses where the associated website is hosted; **(2)** Plaintiff, or (ii) place the Subject Domain Name on Registry Hold status

for the life of the current registration, thus removing them from the TLD zone files maintained by the Registry which link the Subject Domain Name to the IP addresses where the associated website is hosted; **(3)** Defendants, their agent(s) or assign(s), shall instruct all search engines to permanently delist or deindex the Subject Domain Name and, if within five days of receipt of this Order a Defendant fails to make such a written instruction, then the Court shall order the act to be done by another person appointed by the Court at the Defendant's expense, such as the Clerk of Court, pursuant to Federal Rule of Civil Procedure 70(a);
**(4)** Plaintiff may serve this injunction on any e-mail service provider with a request that the service provider permanently suspend the e-mail addresses which are used by the Defendants in connection with the Defendants' promotion, offering for sale, and/or sale of goods using counterfeits, and/or infringements of the Masha; **(5)** upon Plaintiff's request, any messaging service and internet marketplace, social media, and image hosting website operators and/or administrators for the Seller IDs, including but not limited to Alibaba.com Hong Kong Limited, which operates the AliExpress.com platform, DHgate.com, Instagram.com, Joom.com, Wanelo.com, WhatsApp, Wish.com, and Yupoo.com, shall permanently remove from the multiple platforms, which include, inter alia, a Direct platform, Group platform, Seller Product Management platform, Vendor Product Management platform, and Brand Registry platform, any and all listings and associated images of goods bearing and/or using counterfeits and/or infringements of the Masha and the Bear Marks via the e-commerce stores and internet-based photo albums operating under the Seller IDs on Schedule "A," and any other listings and images of goods bearing and/or using counterfeits and/or infringements of the Masha and the Bear Marks associated with and/or linked to the same sellers or any other e-commerce store names, photo albums, seller identification names, user names, private messaging accounts being used and/or controlled by the Defendants to promote, offer for sale and/or sell goods bearing and/or using counterfeits and/or infringements of the Masha and the Bear Marks and Copyrighted Works; **(6)** upon Plaintiff's request, any internet marketplace, social media, and image hosting website operators and/or administrators who are in possession, custody, or control of the Defendants' goods bearing and/or using one or more of the Masha and the Bear Marks, including but not limited to Alibaba.com Hong Kong Limited, which operates the AliExpress.com platform, DHgate.com, Instagram.com, Joom.com, Wanelo.com, WhatsApp, Wish.com, and Yupoo.com, shall permanently

cease fulfillment of, sequester, and surrender the goods to Plaintiff; and **(7)** upon Plaintiff's request, Defendants shall request, in writing, permanent termination of any Seller IDs, messaging services, user names, and social media accounts they own, operate, or control on any messaging service and social media platform, specifically including but not limited to, Alibaba.com Hong Kong Limited, which operates the AliExpress.com platform, DHgate.com, Instagram.com, Joom.com, Wanelo.com, WhatsApp, Wish.com, and Yupoo.com.

C. The Court **grants** the Plaintiff's request for statutory damages in the amount of **$100,000** against each Defendants, for which let execution issue forthwith, plus interest, beginning from the date this action was filed, shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

D. All funds currently restrained or held on account for all Defendants by all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, Alibaba.com Hong Kong Limited, which operates the AliExpress.com platform ("AliExpress"), Zhejiang Ant Small and Micro Financial Services Group Co., Ltd. ("Ant Financial Services"), AliPay (China) Internet Technology Co. Ltd. and Alipay.com Co., Ltd. (collectively, "Alipay"), Worldpay US, Inc. ("Worldpay"), Dunhuang Group, which operates the DHgate.com and DHPay.com platforms, Camel FinTech Inc., SIA Joom, which operates the Joom.com platform ("Joom") PayPal, Inc. ("PayPal") Wanelo.com ("Wanelo") Stripe, Inc. ("Stripe"), and ContextLogic, Inc., which operates the Wish.com website ("ContextLogic"), and their related companies and affiliates, are to be immediately (within 5 business days) transferred by the previously referred to financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms and by Defendant to Plaintiff and/or Plaintiff's counsel in partial satisfaction of the monetary judgment entered herein against each Defendant. All financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to AliExpress, Ant Financial Services, Alipay, Worldpay, Dunhuang Group which operates the DHgate.com and DHPay.com platforms, Camel FinTech Inc., Joom, PayPal, Wanelo, Stripe, and ContextLogic, and their related companies and affiliates, shall provide to Plaintiff at the time the funds are released, a breakdown reflecting the (i) total funds restrained in this matter per Defendant; (ii) the total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) the total funds released per Defendant to Plaintiff

E. The Clerk of the Court is **directed** to release the **$100,000** bond posted by the Plaintiff.
F. The Court retains jurisdiction to enforce this Final Default Judgment and Permanent Injunction.
G. The Clerk of the Court is directed to **close** this case and to deny as moot all pending motions.

**Done and ordered** at Miami, Florida on November 8, 2021.

Robert N. Scola, Jr.
United States District Judge

## Schedule A

1. Honji Toy Store
2. kidscostumes
3. Louy's International Store
5. sensfun backdrop Store
6. Shop1112282 Store
7. partywakaka Official Store
8. Sensfun background Store
9. Backdrop Factory Store
10. Mehofoto Backdrop Store
11. Baby World Ms. Woo
12. Festive & Party Supplies Arts Store
13. Skylesshine
14. XH Toy Shop
15. Shop2177010 Store
17. Dongguan Babytree Garment Co.,Ltd Store
18. Party Favors Supplies Designer Store
19. Happiness Inn Store
20. BackdropOnline Store
21 A-Heaven Fashion Gifts
22. Backdrop Designs Store
23. Mami & Baby Club Store
24. SUTAIBAI photogtaphy backdrops background Store
25. phoebe cat Official Store
27. jun jun
28. Shop3241015
29. Funny Childhood House Store
30. Hey Children Store
31. seekpro Official Store
32. Beautiful Rave Party Store
33. Shop3914002 Store
34. CUUKFAN VIP Store
35. Juxinsu Factory Store
36. CusomQuality 06 Store
37. Give 'em Light & Dark Store
38. SUTAIBAI photo background Store
39. ZSIIBO MiNiZo Store
40. Dear Babe Store
41. earlfamily A2 Store
42. Shop4654005
43. Shop4690057 Store
44. Sunshine-Two Store
45. Cozy Party Store
46. Tiaotiaoqiaoqiao Store
47. Baby pink
49. seekpro backdrop Store

51. 777 Party Store
52. Jieyou Qi Garment Co., Ltd.
53. Chengxintoys
54. BB2019 Store
55. Shop5004435 Store
57. Shop5017004 Store
58. Shop5017043
59. Brilliant Party Life Store
60. Fantasy Party Store
62. TEPWJUO
63. AliExpress Shop5042022
64. Prolady Store
65. MQ MASCOT Store
66. ZEGUUER Store
67. Eria Store
68. Shop5058318 Store
69. Loverkids Store
70. Jinsheng Tianding E-Commerce Store
71. balabala Store
72. Brilliant Fun Party Store
73. Superbaby Clothes
75. BL Toy Store
76. MUMU PARTY Store
77. 4th store Store
78. Well-being shop Store
79. Shop5082254 Store
81. MING
82. Colour Decoration Shop Store
83. Lulala~ Store
84. Gfuitrr Backdrop Store
86. SUTAIBAI photography backdrops Store
87. Shop5243106 Store
88. Spuerstar Party Store
89. Alkaid Store
91. Shop5251280 Store
92. T-Shirt33
93. Ancient spirits, baby Store
94. PARTYGUYSMUMU Store
95. Party Yearn Store
96. Rave Party Balloons Store
97. Brilliant Cheerful Life Store
98. Shop5393006 Store
99. fun houes 01 Store
100. PT Center Store
101. Shop5427103 Store
102. PartiniSec Store

103. TMXDcdd Store
104. LXH toy 2
105. Shop548505
106. InMemory Photography Backdrop Store
107. Shop5494249
108. 77 Party Store
109. InMemory Backdrops Store
110. PHOTURT Backdrops Store
111. kokoer party Store
112. GHH12 Store
113. Shop5597490 Store
115. N H cos Store
116. AK55 Store
117. Children's toy 2 Store
118. Wumart House 2 Store
119. Good childhood world Store
120. FaFa Party Store
121. Party Background Store
122. InMemory Photography Factory Store
123. LNH Store
124. DongXue
125. Happyland Party Store
126. Shop5740059 Store
127. SHENGDAZI Boutique children Store Store
128. Shop5784673 Store
130. children's factory Store
131. Interesting childhood Store
132. LXH kids Store
133. Shop5869394 Store
134. GuGu Girl Store
137. GTT005
138. Shop5883533 Store
139. HomeyKids Store
140. First Day Children's Store
141. YuQiaol Store
142. Shop5890462 Store
143. Shop5961031 Store
144. Just For Happy Toys Store
146. Shop900235185 Store
147. tianchengrou
148. Cola
149. Colorful Baby World
151. Shop910328127
152. Shop910331366 Store
154. LuxuryDesignerKids
155. Photurt Professional Backdrop

156. Shop910355392
157. photo background backdrops Store
159. gotowrist
162. YIWU PU'ER E-commerce Co.,Ltd 94%
163. POP HAIR
164. renrong fashion
165. qmnkooj shopping
166. ygfded wholeshop
167. omkkjhs Friday
168. nbvjggj store
169. iujgls plaza iujgls plaza
170. qihguj plaza
171. luoxiaoliang fashion
173. Ehstar maker internet
177. fushi
179. hangzhou wenlai co.,ltd
183. Fun Wind
184. shanghaiyideshiyeyouxiangongsi
193. DD Art Oil Painting
196. zhongf2021801
197. 95279527
198. tu long ren
200. Jimmyzhen2016
202. Ansheng_Li
203. KKY jewelry
209. siyizhixiang
210. KiKi Home
211. tengyunmaoyi
218. zerogiving
219. science
220. seaportfashion
228. maliandong
230. zhangxufei
231. dingxuefei
233. zyutingshop88
236. Sea Stone Store
238. dasmol2017
239. JIUYUEHUNLING
240. zhanlanlan123
242. jhsslsps
246. Ytuqinganhao
247. fashion school backpack
254. Ji Xinyuan comprehensive market
255. minerhaoxue
256. cool surprise gift
257. guangzhoudadaozhong

258. whodarewin
259. CUNXIALAI441
260. whodarewin_qing
261. tanlizhen5652
262. renjiangyun467
263. The Three Cats
264. azhongshangdian
265. maojunping
266. Wcomhlis
268. LEIDIANPU
269. LaurendOeI
271. Building Dream Yan
272. ehhyag
273. DengfeiClothing
274. MK7RVUUH
276. cloudshop88
278. yilanlove
279. BING JIECHEN MY Stationery Store
282. huangzhanxunlu
284. ebuy321
285. Aiden Teahouse
286. xiaorana
287. lxjst
288. Automude Pants
289. DBsdkaow
290. wudongqifang
291. fanyangyangshop
292. 12T264efat2er
293. liuhhhh
294. edc30
295. dsdjksal
296. dkxnbffjckmdns
297. mmxhnly
298. mmnnbbvvaa
299. isasdajjdxxlch
300. huachenyuai
301. slkjdnkzndhe
302. chenruifang758520
303. chenmeili163
305. TravelThings
306. huangmeiyan123
307. zhangxiaolan66058
308. nasi1025
309. zuoluanjiao
310. huiyi00
311. fufanghua9

312. wannacong7
313. kuijia929
314. quannaosi3
315. qiushi321
316. beihanji86
317. liutaoyan948
318. Liudingqiong666
319. pengqe52
320. panweeduey
321. McTended87x1
323. DWW665
325. ZCShopping